FILED

JUL 30 2020

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

DaRioN gipsoN

*Your full name*

**FEDERAL CIVIL RIGHTS COMPLAINT**
(*BIVENS* ACTION)

v.

Co Watson, co Rosier,
lootiNieNT WestStoNe
?iS, The HazeltoN
?iSP Hall Room, Medical

*Enter above the full name of defendant(s) in this action*

Civil Action No.: 3:20cv 135
*(To be assigned by the Clerk of Court)*

Groh
Trumble
Sims

## I. JURISDICTION

This is a civil action brought pursuant to **Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)**. The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

## II. PARTIES

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

A.  Name of Plaintiff: DaRioN gipsoN   Inmate No.: 455-01044
    Address: HazeltoN USP  Po Box 2000
    BRuceton Mills, WV. 26525

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

Attachment A

B. Name of Defendant: COWATSON
Position: CO
Place of Employment: HAZELTON USP
Address: Po Box 2000
BRUCETON MILLS WV 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred? ☒ Yes ☐ No

If your answer is "YES," briefly explain: He assaulted me MARCH 13, 2020

B.1 Name of Defendant: Rosier
Position: CO
Place of Employment: HAZELTON USP
Address: Po Box 2000
BRUCETON MILLS WV 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred? ☒ Yes ☐ No

If your answer is "YES," briefly explain: He Phisically assaulted on March 13 2020 He Punch me in my BAlls which is my private part

B.2 Name of Defendant: West Stone
Position: Lootinient
Place of Employment: HAZELTON USP
Address: Po Box 2000
BRUCETON MILLS WV 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred? ☒ Yes ☐ No

Attachment A

If your answer is "YES," briefly explain: He Phisically assaulted me March 13, 2020 He punch me in my face, Then He Slam my Head aginst The shower wall, Then every 2 Hours They did a Restraint check on me WHIy I was iN Thece They would come in and Beat on me, Call me Nigge

B.3  Name of Defendant: SiS
Position: SiS
Place of Employment: HAZELTON USP
Address: P.o. Box 2000
Bruceton Mills, WV 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☒ Yes   ☐ No

If your answer is "YES," briefly explain: He uNlawfully got me placed in The hole shu for iand investigation and I was Never served a iNstitutional Ticket which is a violation of my Bop policy Due process Right called Program Statement INMATE Disciplen

B.4  Name of Defendant: medical
Position: medical
Place of Employment: HAZELTON USP
Address: P.o. Box 2000
Bruceton Mills, WV 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☒ Yes   ☐ No

If your answer is "YES," briefly explain: They Denied me medical attention when the staff assaulted me march 13 2020 which is a violation of my eighth amendment

Attachment A

B.5  Name of Defendant: HAZELTON USP MAIL ROOM
Position: MAIL ROOM
Place of Employment: HAZELTON USP
Address: P.O. Box 2000
BRUCETON MILLS, W.V. 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?  ☒ Yes  ☐ No

If your answer is "YES," briefly explain: They Been Playing With My Mail in The First of May I Sent My Grandma Rose a letter Notifying about The staff misconduct, When I Called her June 15, 2020 she said she never got my Mail

III.  PLACE OF PRESENT CONFINEMENT

Name of Prison/ Institution: HAZELTON USP

A.  Is this where the events concerning your complaint took place?
    ☒ Yes  ☐ No

    If you answered "NO," where did the events occur?
    _____

B.  Is there a prisoner grievance procedure in the institution where the events occurred?  ☒ Yes  ☐ No

C.  Did you file a grievance concerning the facts relating to this complaint in the prisoner grievance procedure?
    ☒ Yes  ☐ No

D.  If your answer is "NO," explain why not: _____
    _____
    _____
    _____

E.  If your answer is "YES," identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed

Attachment A

and state the result at level one, level two, and level three. **<u>ATTACH GRIEVANCES AND RESPONSES:</u>**

LEVEL 1 _____

LEVEL 2 _____

LEVEL 3 _____

IV. <u>PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES</u>

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?   ☐ Yes   ☒ No

B. If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1. Parties to this previous lawsuit:

   Plaintiff(s):_____

   Defendant(s):_____

2. Court: _____
   *(If federal court, name the district; if state court, name the county)*

3. Case Number:_____

4. Basic Claim Made/Issues Raised:_____
   _____
   _____
   _____

5. Name of Judge(s) to whom case was assigned:
   _____

6. Disposition:_____
   *(For example, was the case dismissed? Appealed? Pending?)*

7. Approximate date of filing lawsuit:_____

Attachment A

        8.    Approximate date of disposition. Attach Copies: _____

C.    Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
        ☑ Yes    ☐ No

D.    If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought.

I filed and BP8 first, They Never Responded Back So I follow up with The BP9, Here is a copy right here and Then I followed up with a BPTen To The Regional which They Havant Responded yet

E.    Did you exhaust available administrative remedies?
        ☑ Yes    ☐ No

F.    If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted.

I also filed and PREA and here is a copy of it

G.    If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

        1.    Parties to previous lawsuit:

Attachment A

Plaintiff(s): _____

Defendant(s): _____

2. Name and location of court and case number:
   _____
   _____
   _____

3. Grounds for dismissal:   ☐ frivolous   ☐ malicious
   ☐ failure to state a claim upon which relief may be granted

4. Approximate date of filing lawsuit: _____

5. Approximate date of disposition: _____

## V. STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the facts of your case. Describe what each defendant did to violate your constitutional rights. **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN SEPARATE COMPLAINTS WITH ADDITIONAL FILING FEES. NO MORE THAN FIVE (5)TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)*

CLAIM 1: ON MARCH 13, 2020 C/O WATSON WAS MAKEING hiS ROUND RIGHT BEFORE lunch, While He Was FiNishiNg His RoUNd He Just stops at my cell and got to UNlawfUlly sprayiNg 'Hot Mase' iN my Cell, He Just got to yelling at US,

Supporting Facts: ME aNd my old celly Timmie WeNselle

Attachment A

We was asleep at the time so we wake up, co Watson was like quit braking out the light you nigger porch monkys This is Hazelton and we'll kill you down here

CLAIM 2: _____

_____
_____
_____
_____

Supporting Facts: _____

_____
_____
_____
_____
_____

CLAIM 3: _____

_____
_____
_____
_____

Supporting Facts: _____

_____
_____
_____
_____
_____

CLAIM 4: _____

_____
_____
_____
_____

Supporting Facts: _____

_____
_____

1 of 3

And while he was yelling this on candy camra. On this date 3-13-2020 He kept spraying OTC Mase gas in our cell sir so then He radioed for Back up, 2 oLiTiNieNT weststone, co Rosier came, 1 oLiTiNieNT westStone was like come cuFF up so I go to cuFF up & I put my Hands in the shu slot Behind my Back, 2 oLiTiNieNT weststone was like quit Resisting & Then he shot me in my Buttox's with an gun that shoots Mase Ball's so after they abuse there aThority aginsT us for bout 5 or 7 minute's They took us out The cell into The shower on range-1 To wash out The Mase out my eyes, LT weststone punch me in my Face a couple of Time, Then He slamed my head aginst The shower saying ThaT They were going To Kill me iF I brake another light, Co watson also punch me 4 Time's in The Back of my head, I have WiTTNesses who witTness Them do This sTuFF-To-me, one of Them Name is Timmie wenselle witch was my cellycaT The Time & The second one name is Joe Nell Rice # 60724-060. So back to what I was saying so They Dressed us out & put us in The ResTraint cell in Meadow chains, They 11 cuFF me To The Bed sir, Then every 2 hours when They did a ResTraint check LT weststone would punch me repeatly in my Face, Co Rosier also punch me in my private part I yelled For dear life & Mr. Wenselle; Mr. Rice # 60724-060 also witTnessed This Because I was in cell 102 when This Took place Mr. wenselle

2 OF 3

Them about this, I'm sueing sis for violateing my Bop policy due process right's because they unlawfully had me back here in the shu for 8 month's with no ticket, Then sis they unlawfully refered me for AUSA prosecution for a 101 Assault which is illegal & a violation of my due process right's because the prison never charge me with own 101 institution assult like they should have do to policy in order for this AUSA prosecution to be najit, sis or Dho was suppose to serve me a lock up odel or a shot with in 24 hr's & Bop policy program statement code 5270.09 confirms this momment of truth sit, I have past dienoses of ADHD, Bipolar Disorder, intermittent Explosive Disorder, Borderline Intellectual Funcing, Depression these are just some of my dienoses, I take medication for antisocial personality disorder, other specified depressive, Being back here unlawfully causeing me mental stress & trauma, Just to back this momment of truth up, I got along paper trail of suicide attemps on my record sit, the Bop can confirm this my mental health docter name ms. crouch can confirm this to you guys, They also dont charge are uniforms but every once's a month or sometime's month & a half sit, They dant sale us soap on commassary which is a violation of Bop policy sir & They only give us 3 Ball's of soap a week which each Ball of soap is only anough for one shower sir, Then they dont even give us anough chemicle's to clean are cell's with which this is unsanitary sir & we got this

3 OF 3

Colvic 19- viris going on. Which this is cruel and unusele punish ment, pain & suffering and which this is a violation of my United States Constitution Fifth amend ment United States Constitution right. — And I'm sueing medical for denieing me medical attention sir, Because I got Bruises on my Body from the staff sir, I ask I·N·Nurse J. Gillespie if I can get a sick call, she ask for what I told her cause staff assulted me, she told me there not gonna do it for that sir, so this is a violation of my eighth amendment right Because it is my eighth amendment right to recieve the proper medical care and on the first week of May 2020 I sent a letter to notify my grandma rose about this unlawfull stuff, I told her to get a a lawyer in the letter, when I called her on June 15 2020 an ask her did she get my mail, she said she never got my mail, so if? when a person plays with someone's mail That's a federal crime, y'all can replay my phone call with her for a monment of truth, they also played wit my friend's Joenell rice-060, Jayson Mitchel-060 & Antwon prince mail all of them are my wittness about this sir

Attachment A

CLAIM 5: _____

Supporting Facts: _____

## VI. INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

I have been phisicly assaulted, Ive unlawfully been in the SHU for 8 months, This is cruel, unusele punishment, pain, suffering which is a violation of my fifth amendment right so I'm sueing for 25 million dollars

## VII. RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

I would like to be granted 25 million dollars but if you guys don't want to go to trial I will settle for 6 million dollars sir, have them tranoter me to medical jail for my mental health issues can be treated properly

Attachment A

# DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate. Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at ___ShU-___ on _____.
           (Location)                (Date)

_Darion gipson_
Your Signature